**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

|  |  |  |
|---|---|---|
| **ASHLEY WILSON, an individual** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 0:25-cv-61387-RS** |
| | ) | |
| **LIFE EXTENSION FOUNDATION** | ) | |
| **BUYERS CLUB, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT LIFE EXTENSION FOUNDATION BUYERS CLUB, INC., CERTIFICATE OF INTERESTED PARTIES

Defendant, LIFE EXTENSION FOUNDATION BUYERS CLUB, INC., ("Defendant"), through its undersigned counsel, submit the following list of all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1.   Ashley Wilson, Plaintiff.

2.   Law Office of Keith M. Stern, P.A., counsel for Plaintiff.

3.   Keith M. Stern, Esq., counsel for Plaintiff.

4.   Life Extension Foundation Buyers Club, Inc., Defendant.

5.   Jackson Lewis P.C., counsel for Defendant

6.   Tasos C. Paindiris, Esq., counsel for Defendant

7.   Deirdre A. Mullane, Esq., counsel for Defendant

DATED this 11th day of August, 2025.

          Respectfully submitted,

          JACKSON LEWIS P.C.
          390 North Orange Avenue, Suite 1285
          Orlando, Florida 32801
          Telephone:    (407) 246-8440
          Facsimile:    (407) 246-8441

          By:    */s/ Deirdre A. Mullane*
               Deirdre A. Mullane
               Florida Bar No. 1058282
               deirdre.mullane@jacksonlewis.com

               Tasos C. Paindiris
               Florida Bar No. 41806
               tasos.paindiris@jacksonlewis.com

          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  Keith M. Stern, Esquire, Law Office of Keith M. Stern, P.A., 80 S.W. 8th Street, Suite 2000, Miami, Florida 33130, employlaw@keithstern.com, Attorneys for Plaintiff.

          */s/ Deirdre A. Mullane*
             Deirdre A. Mullane